IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| ANDREA O'ROURKE, individually and on behalf of similarly situated individuals § § § § **Plaintiff,** § § **v.** § § LANDYRY'S CRAB SHACK INC. d/b/a BOARDWALK INN § § **Defendants** § § | CIVIL ACTION NO. 3:20-CV-00271 |

## JURY DEMAND

Plaintiff, Andrea O'Rourke, hereby demands a trial by jury on all triable issues alleged in Plaintiff's original Complaint (ECF Docket #1).

October 20, 2020                    Respectfully Submitted,

                                    TRAN LAW FIRM

                                    */s/ Trang Q. Tran*
                                    Trang Q. Tran
                                    Federal I.D: 20361
                                    Texas Bar No. 00795787
                                    2537 S. Gessner, Suite 104
                                    Houston, Texas 77063
                                    Telephone: (713) 223-8855
                                    Facsimile: (713) 623-6399
                                    trang@tranlf.com
                                    Service@tranlf.com

                                    **ATTORNEY FOR PLAINTIFF**

## **CERTIFICATE OF SERVICE**

      I hereby certify that on October 20, 2020, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send notice of electronic filing to all counsel registered in this case.

                                              /s/ *Trang Q. Tran*
                                              Trang Q. Tran