IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| ANDREA O'ROURKE INDIVIDUALLY AND ON BEHALF OF SIMILARLY SITUATED INDIVIDUALS, | ) ) ) ) | |
| Plaintiffs, | ) ) | Civil Action No. 3:20-cv-00271 |
| v. | ) ) | |
| LANDRY'S CRAB SHACK, INC. d/b/a BOARDWALK INN, | ) ) ) | |
| Defendant. | ) | |

**JOINT MOTION TO STAY AND MOTION TO COMPEL ARBITRATION**

Plaintiff Andrea O'Rourke and Defendant Landry's Crab Shack, Inc. d/b/a Boardwalk Inn move to stay and compel arbitration in accordance with the terms of a mutually binding arbitration agreement between the parties.

**I.**

**INTRODUCTION**

Plaintiff filed suit against her former employer, Landry's Crab Shack, Inc. d/b/a Boardwalk Inn, on August 21, 2020.  Plaintiff asserts claims under the Fair Labor Standards Act ("FLSA").

After Plaintiff filed suit, Defendant's counsel notified Plaintiff's counsel of the arbitration agreement and Defendant filed its Motion to Dismiss and Compel Arbitration ("Motion") on September 17, 2020.  On October 8, 2020 Plaintiff filed a Response in Opposition to Defendant's Motion to Dismiss and Compel Arbitration.

Rather than prolong this lawsuit, the parties have come to an agreement to submit the claims asserted in this lawsuit to arbitration.  Accordingly, this lawsuit should be stayed while the parties arbitrate this dispute.

II.

## MOTION TO STAY AND COMPEL ARBITRATION

Plaintiff and Defendant request that the Court enter an order staying this action and permit arbitration. Entering a stay operates to preserve the status of limitations application to Plaintiff's claims.

For these reasons, the parties pray that their Motion to Stay and Motion to Compel Arbitration be granted, that this case be stayed pending the parties' participation in arbitration, and for such other relief, in law or in equity, to which the parties may be justly entitled.

Respectfully submitted,

| | |
|---|---|
| **TRAN LAW FIRM** | **OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.** |
| */s/ Trang Q. Tran* | */s/ James T. McBride* |
| Trang Q. Tran | Jonathan C. Wilson |
| Federal I.D.: 20361 | Texas Bar No. 21702525 |
| Texas Bar No. 00795787 | jonathan.wilson@ogletree.com |
| trang@tranlf.com | James T. McBride |
| service@tranlf.com | Texas Bar No. 24098061 |
| 2537 S. Gessner, Suite 104 | james.mcbride@ogletree.com |
| Houston, Texas 77063 | 8117 Preston Road, Suite 500 |
| (713) 223-8855 - Telephone | Dallas, Texas 75225 |
| | (214) 987-3800 - Telephone |
| **ATTORNEY FOR PLAINTIFF** | (214) 987-3927 - Facsimile |
| | **ATTORNEYS FOR DEFENDANT LANDRY'S CRAB SHACK INC. d/b/a BOARDWALK INN** |

## CERTIFICATE OF SERVICE

      I hereby certify that on April 26, 2021, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send notice of electronic filing to all counsel registered in this case.

                        /s/ *Trang Q. Tran*
                        Trang Q. Tran