United States District Court
Southern District of Texas
**ENTERED**
April 27, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| ANDREA O'ROURKE INDIVIDUALLY and ON BEHALF OF SIMILARLY SITUATED INDIVIDUALS<br><br>*Plaintiffs*<br><br>v.<br><br>LANDRY'S CRAB SHACK, INC. D/B/A BOARDWALK INN<br><br>*Defendant.* | 3:20-cv-271 |

## ORDER GRANTING JOINT MOTION TO STAY PROCEEDING

Before the court is the is the joint motion to stay proceeding pending abitration filed by Plaintiff Andrea O'Rourke and Defendant Landry's Crab Shack, Inc. d/b/a Boardwalk Inn. After considering the motion, the Court finds that the Joint Motion should be and herein is GRANTED.

Accordingly, the Court hereby stays all litigation in the above-named and numbered civil action in favor of binding arbitration by the parties. This Court will retain jurisdiction to the extent necessary to enforce the arbitration award.

Signed on Galveston Island on the 27th day of April, 2021.

                                          JEFFREY VINCENT BROWN
                                        UNITED STATES DISTRICT JUDGE