IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| ANDREA O'ROURKE INDIVIDUALLY AND ON BEHALF OF SIMILARLY SITUATED INDIVIDUALS,<br><br>　Plaintiffs,<br><br>v.<br><br>LANDRY'S CRAB SHACK, INC. d/b/a BOARDWALK INN,<br><br>　Defendant. | Civil Action No. 3:20-cv-00271 |

**JOINT MOTION FOR DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED by and between the parties and their respective counsel(s) that the above-captioned action is voluntarily dismissed with prejudice to the refiling of same pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii) with each party bearing their own costs and attorney fees.

Respectfully submitted,

**TRAN LAW FIRM**

　*/s/ Trang Q. Tran*
TRANG Q. TRAN
Federal I.D: 20361
Texas Bar No. 00795787
2537 S. Gessner Suite 104
Houston, Texas 77063
Phone: (713) 223 – 8855
trang@tranlf.com
service@tranlf.com

**ATTORNEY FOR PLAINTIFF**

By: */s/ John Brown* *
John Brown
Victoria Vish
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Preston Commons West
8117 Preston Road, Suite 500
Dallas, TX 75225
214.987.3800 (phone)
214.987.3927 (fax)
John.Brown@ogletreedeakins.com
victoria.vish@ogletreedeakins.com

**ATTORNEYS FOR DEFENDANT**

**CERTIFICATE OF SERVICE**

    I hereby certify that on July 6, 2023, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send notice of electronic filing to all counsel registered in this case.

/s/ *Trang Q. Tran*
Trang Q. Tran